1 LAWYERS FOR CLEAN WATER, INC.
Layne Friedrich (Bar No. 195431)
2 Drevet Hunt (Bar No. 240487)
1004A O'Reilly Avenue
3 San Francisco, California 94129
Telephone: (415) 440-6520
4 Facsimile: (415) 440-4155
5 Email: layne@lawyersforcleanwater.com
         drev@lawyersforcleanwater.com
6
7 CENTER ON RACE, POVERTY AND THE ENVIRONMENT
Brent Newell (Bar No. 210312)
8 450 Geary Street, Suite 500
San Francisco, CA 94102
9 Telephone: (415) 346-4179
Facsimile: (415) 346-8723
10 Email: bjnewell@igc.org

11

12 Attorneys for Plaintiffs
DELTAKEEPER CHAPTER OF BAYKEEPER,
13 MOTHER LODE CHAPTER OF SIERRA CLUB,
and WATERKEEPER ALLIANCE, INC.

14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 17  DELTAKEEPER CHAPTER OF BAYKEEPER, a California non-profit corporation, MOTHER LODE CHAPTER OF SIERRA CLUB, a California non-profit corporation, and WATERKEEPER ALLIANCE, INC., a New York not-for-profit corporation, | Case No.: 1:06-cv-00837-OWW-DLB |
| | **ORDER RELATING CASES** |
| | Honorable Oliver W. Wanger |
| Plaintiffs, | (Local Rule 83-123) |
| v. | |
| S & H DAIRY, a California general partnership, RONALD HILARIDES, an individual, PETER SCHAAFSMA, an individual, | |
| Defendants. | |

[Proposed] Order to Relate Cases            1            Case No. 1:06-cv-00837-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, on June 30, 2006, Plaintiffs filed *Deltakeeper Chapter of Baykeeper et al v. S & H Dairy et al.,* Case No. 1:06-cv-00837-OWW-DLB ("S & H Action") and two other cases in the United States District Court for the Eastern District of California: *Deltakeeper Chapter of Baykeeper et al. v. Silva Brothers Dairy Inc. et al.,* Case No. 2:06-cv-01452-DFL-DAD ("Silva Action") and *Deltakeeper Chapter of Baykeeper et al. v. Brasil & Sons Dairy, Inc. et al.,* Case No. 2:06-cv-01464-DFL-GGH ("Brasil Action").

WHEREAS, Local Rule 83-123(a) provides that an action is related to another action if the two actions (1) involve the same parties and are based on the same or similar claim; (2) involve the same property, transaction or event; (3) involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise; or when (4) for any other reasons, it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges.

WHEREAS, on July 6, 2006, pursuant to Local Rule 83-123(b), Plaintiffs filed a Notice of Related Case in the Brasil Action, the Silva Action, and the S & H Action. In the Notices of Related Case, Plaintiffs stated that the factors identified in Local Rule 83-123(a)(3) were met because (a) each of the cases presents identical questions of law, namely whether the defendants in each case have violated sections 301 and 402 of the Federal Water Pollution Control Act ("Clean Water Act"), 33 U.S.C. §§ 1311 and 1342, (b) the cases raise similar questions of fact regarding the operation of concentrated animal feeding operations ("CAFO") and the efforts made by the respective defendants to operate their CAFOs in compliance with the Clean Water Act, and (c) relating the cases would result in a substantial saving of judicial effort since a single judge would be called upon to interpret the same sections of the Clean Water Act and evaluate similar questions of fact.

WHEREAS, on November 2, 2006, the parties and the Court conducted the Case Management Conference in the S & H Action. The Court and the parties discussed relating the Silva Action and the Brasil Action to the S & H Action which has the lower case number of the three actions. The parties have no objection to the cases being related.

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1    THEREFORE, the Brasil Action and the Silva Action shall be related to the S & H Action.  The related cases shall have the following case numbers:

*Deltakeeper Chapter of Baykeeper et al. v. Silva Brothers Dairy Inc. et al.,*
Case No. 2:06-cv-01452-OWW (DLB)

*Deltakeeper Chapter of Baykeeper et al. v. Brasil & Sons Dairy, Inc. et al.,*
Case No. 2:06-cv-01464-OWW (DLB)

IT IS SO ORDERED:


DATE:   December 5, 2006               /s/ OLIVER W. WANGER
                                        Honorable Oliver W. Wanger
                                        United States District Court

PDF created with pdfFactory trial version www.pdffactory.com